UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NML CAPITAL, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-08-mc-574 |
| | § | |
| EXCELERATE ENERGY, LLC, | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is NML Capital's Motion to Compel. (Doc. No. 1.) After considering the parties' filings, all responses and replies thereto, and the applicable law, the Court finds that the Motion is **DENIED WITHOUT PREJUDICE**. The Court advises NML to seek discovery from YPF Respol directly. The Court acknowledges the lengthy amount of time this Motion was under advisement; however, it was difficult to consider fully the parties' positions without reviewing the disputed documents.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 6th day of March, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.